IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA BLOODMAN                                                          PLAINTIFF

v.                      CASE NO. 4:18-cv-00282-KGB

ARKANSAS SUPREME COURT COMMITTEE
ON PROFESSIONAL CONDUCT (the "Committee");
ROBERT STARK LIGON, Executive Director,
Arkansas Supreme Court Committee on
Professional Conduct; JAMES DUNHAM, as
Chair of the Committee; MICHAEL BOYD; T. BENTON
SMITH; TONYA PATRICK[1]; LISA C. BALLARD[2];
KAROLYN JONES; MARK L. MARTIN[3]; DANYELLE
WALKER; and, TANYA R. OWEN[4], as Members of
Panel A of the Arkansas Supreme Court Committee on
Professional Conduct; the HONORABLE KIM SMITH, in
his capacity as Special Judge; the HONORABLE JOHN
KEMP, as Chief Justice of the Supreme Court of Arkansas;
The HONORABLE ROBIN F. WYNNE[5]; the HONORABLE
COURTNEY HUDSON GOODSON; the HONORABLE
JOSEPHINE L. HART; the HONORABLE SHAWN A.
WOMACK; the HONORABLE KAREN BAKER; the
HONORABLE RHONDA K. WOOD[6], as Associate
Justices of the Supreme Court of Arkansas                                 DEFENDANTS

---

[1] Defendant Tonya Patrick was a member of Panel C on March 21, 2016, but substituted for a Panel A member who was not present.

[2] Defendant Lisa C. Ballard was not a member of Panel A at the time the Interim Order of Suspension was imposed on March 21, 2016. Ballard was appointed effective January 1, 2018.

[3] Defendant Mark L. Martin was not a member of Panel A at the time the Interim Order of Suspension was imposed on March 21, 2016. Martin was appointed effective January 1, 2017.

[4] Defendant Tanya R. Owen was not a member of Panel A at the time the Interim Order of Suspension was imposed on March 21, 2016. Own was appointed effective January 1, 2018.

[5] Defendant Honorable Robin F. Wynne recused as an Associate Justice in the Arkansas Supreme Court Disbarment case D-16-301 on May 27, 2016, prior to Plaintiff filing her Motion to Dismiss and Response to the Disbarment Petition.

[6] Defendant Honorable Rhonda K. Wood recused as an Associate Justice in the Arkansas Supreme Court Disbarment case D-16-301 on April 11, 2016, prior to Plaintiff filing her Motion to Dismiss and Response to the Disbarment Petition.

## MOTION TO DISMISS

Come now Defendants, Arkansas Supreme Court Committee on Professional Conduct (the "Committee"); Robert Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, in his official and individual capacity; James Dunham, as Chair of the Committee; Michael Boyd, T. Benton Smith, Tonya Patrick, Lisa C. Ballard, Karolyn Jones, Mark L. Martin, Danyelle Walker, and Tanya R. Owen, as members of Panel A of the Committee; the Honorable Kim Smith, in his capacity as Special Judge; the Honorable John Kemp, as Chief Justice of the Supreme Court of Arkansas; the Honorable Robin F. Wynne, the Honorable Courtney Hudson Goodson, the Honorable Josephine L. Hart, the Honorable Shawn A. Womack, the Honorable Karen Baker, the Honorable Rhonda K. Wood, as Associate Justices of the Supreme Court of Arkansas; (hereinafter collectively referred to as "Defendants"), by and through their attorneys, Attorney General Leslie Rutledge, Deputy Attorney General Monty V. Baugh, and Assistant Attorney General William C. Bird III, and for their Motion to Dismiss, state the following:

1. Defendants are entitled to sovereign immunity from Plaintiff's Complaint pursuant to the Eleventh Amendment of the United States Constitution.

2. Defendants are entitled to absolute immunity and qualified from Plaintiff's Complaint.

3. This Court lacks subject matter jurisdiction over Plaintiff's Complaint under the Rooker-Feldman doctrine.

4. Plaintiff's Complaint is barred by the doctrines of abstention.

5. Plaintiff's constitutional claims for prospective injunctive relief should be dismissed for lack of Article III standing.

6. Plaintiff's Fifth and Fourteenth Amendment claims for due process and equal protection violations fail to state claims upon which relief may be granted.

7. Plaintiff's Complaint fails to state a claim for civil conspiracy under 42 U.S.C. § 1985(3), and such claim should be dismissed.

8. In addition to the foregoing, Defendants reserve the right to plead further and to raise any objection, defense, or bases for relief not asserted herein.

9. A Brief in Support of this Motion is submitted herewith and is incorporated by reference.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to Dismiss and for any and all other relief to which they are entitled.

    Respectfully submitted,

    LESLIE RUTLEDGE
    Attorney General

By: */s/ William C. Bird III*
    William C. Bird III
    Ark Bar No. 2005149
    Assistant Attorney General
    Ark. Attorney General's Office
    323 Center Street, Suite 200
    Little Rock, AR 72201
    Phone: (501) 682-1317
    Fax: (501) 682-2591
    william.bird@arkansasAG.gov


        Monty V. Baugh
        Ark. Bar No. 2008138
        Deputy Attorney General
        Ark. Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 682-1681
        Fax: (501) 682-2591
        monty.vaugh@arkansasAG.gov

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, William C. Bird III, Assistant Attorney General, hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/ William C. Bird III*