# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**TERESA BLOODMAN**                                               **PLAINTIFF**

vs.                  **CASE NO. 4:18-CV-00282-KGB**

**ARKANSAS SUPREME COURT**
**COMMITTEE ON PROFESSIONAL**
**CONDUCT, et al.**                                      **DEFENDANTS**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff files this motion for extension of time to file a response in opposition to defendant's motion to dismiss and states:

1. On April 30, 2018, Plaintiff filed a Complaint in this matter. **(Dkt. No. 1).**

2. On May 29, 2018, Defendants filed a Motion to Dismiss. **(Dkt. No. 3).**

3. Plaintiff's time to respond has not yet passed.

4. That due to computer problems Plaintiff is unable to prepare a response in a timely manner.

5. Given the significance and complexity of the issues involved, the Plaintiff is in need of an additional twenty (20) days to respond.

6. That the Plaintiff is not making this motion for the purpose of delay, but is in the best interest of justice. This is 'good cause".

7.   Prior to filing this motion, Plaintiff attempted to confer with opposing counsel at 501-682-1317. With no response, opposing counsel was notified of this request by voicemail.

**WHEREFORE,** the undersigned prays that this Court grant an extension of time of twenty (20) days in which to respond to the Motion to Dismiss filed herein and for all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman, #2005055
*Pro Se*
P.O. Box 13641
Maumelle, AR  72113
(870) 550-1940 Direct
teresabloodman@yahoo.com

CERTIFICATE OF SERVICE

I, Teresa Bloodman, pro se, hereby certify that I have electronically filed a correct copy of the foregoing with the District Court Clerk on this 11th day of June, 2018 using the CM/ECF system.  Copies will be electronically served using CM/ECF system notification on participants:

Mr. William Byrd
AR Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR  72201
501-682-1317
william.bird@arkansasAG.gov

/s/Teresa Bloodman

2