## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERESA BLOODMAN**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 4:18-cv-00282-KGB**

**ARKANSAS SUPREME COURT COMMITTEE**
**ON PROFESSIONAL CONDUCT; et al**                      **DEFENDANTS**

### MOTION TO STAY INITIAL SCHEDULING ORDER DEADLINES
### and DISCOVERY

Come now Defendants, Arkansas Supreme Court Committee on Professional

Conduct (the "Committee"); Robert Stark Ligon, Executive Director of the Arkansas

Supreme Court Committee on Professional Conduct, in his official and individual

capacity; James Dunham, as Chair of the Committee; Michael Boyd, T. Benton

Smith, Tonya Patrick, Lisa C. Ballard, Karolyn Jones, Mark L. Martin, Danyelle

Walker, and Tanya R. Owen, as members of Panel A of the Committee; the

Honorable Kim Smith, in his capacity as Special Judge; the Honorable John Kemp,

as Chief Justice of the Supreme Court of Arkansas; the Honorable Robin F. Wynne,

the Honorable Courtney Hudson Goodson, the Honorable Josephine L. Hart, the

Honorable Shawn A. Womack, the Honorable Karen Baker, the Honorable Rhonda

K. Wood, as Associate Justices of the Supreme Court of Arkansas; (hereinafter

collectively referred to as "Defendants"), by and through their attorneys Attorney

General Leslie Rutledge, Deputy Attorney General Monty V. Baugh, and Assistant

Attorney General William C. Bird III, and for their Motion to Stay Initial

Scheduling Order Deadlines and Discovery, the Defendants state, as follows:

1

1.      Defendants have pending before the Court a dispositive motion on all claims in this case. (DE 3). The motion raises threshold immunity defenses.

2.      Plaintiff, Teresa Bloodman, filed this action against the Defendants on April 30, 2018 (DE 1) claiming Defendants violated various Constitutional rights of the Plaintiff related to the interim suspension of her attorney's license.

3.      Defendants filed their Motion to Dismiss and Brief in Support on May 29, 2018 (DE 3 and 4).

4.      To date, Plaintiff continues to seek to serve the Defendants with the Complaint and Summons, and in fact, per the Court's order (DE 40), the Plaintiff has until October 28, 2018, to serve the Defendants.

5.      Per the Court's Initial Scheduling Order (DE 37), the parties are to conduct the initial Rule 26(f) Conference on or before November 5, 2018.

6.      In the interest of judicial economy and efficiency, Defendants respectfully request that this Court stay all deadlines set forth in the Initial Scheduling Order (DE 37), until the Court has issued a final ruling on Defendants' pending Motion to Dismiss.

7.      The scheduling deadlines and discovery should be stayed until the threshold immunity issues are finally resolved. Courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of a case on its merits are determined, and the exercise of that discretion will not be reversed absent an abuse of discretion that is prejudicial to the appealing party.

*See, e.g. Mason v. Brill*, 14 Fed.Appx. 752 (8th Cir. 20010), *Steele v. Weber*, 278 Fed.Appx. 699 (8th Cir. 2008).

8.    Imposing a stay would fulfill the goals of judicial economy and clearly falls within the discretionary power granted to the Court.  At this stage of the proceedings, a stay of discovery prevents unnecessary expenses for the State and undue burdens on the Defendants.

9.    This motion is being filed in good faith and not for any improper purpose.

10.    A brief in support is being filed with this motion and is incorporated by reference.

WHEREFORE, Defendants respectfully request that the Court stay the initial scheduling order deadlines and discovery in this case pending a ruling on their Motion to Dismiss and for all other relief to which they are entitled.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:    */s/ William C. Bird III*
William C. Bird III, Bar No. 2005149
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone:  (501) 682-1317
Fax:    (501) 682-2591
Email:  william.bird@arkansasag.gov

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

      I, William C. Bird III, hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.


                          */s/ William C. Bird III*
                          William C. Bird III