# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERESA BLOODMAN**                                                                      **PLAINTIFF**

**v.**                               **Case No. 4:18-cv-00282-KGB**

**ARKANSAS SUPREME
COURT COMMITTEE ON
PROFESSIONAL CONDUCT,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, the Court grants defendants' motion to dismiss (Dkt. No. 3). Also consistent with that Order, the Court dismisses Ms. Bloodman's claims; the relief requested by Ms. Bloodman is denied.

So ordered this 14th day of March, 2019.

_____
Kristine G. Baker
United States District Judge